U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

BYRON NASH

VERSUS

WARDEN, LSP

CIVIL ACTION NO. 5:06CV1146

JUDGE WALTER

MAGISTRATE JUDGE HAYES

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☑ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 18 Day of Oct, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE